IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX HEAD, INC., <br><br> Plaintiff, <br><br> v. <br><br> WUXI FUN TOY COMPANY LIMITED MANUFACTURER, ET AL., <br><br> Defendants. | Case No. 21-cv-05879 <br><br> **Judge Charles R. Norgle** <br><br> **Magistrate Judge Maria Valdez** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on January 12, 2022 [44], in favor of Plaintiff Fox Head, Inc. ("Fox Racing" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) of trademark statutory damages per Defaulting Defendant, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| xieweiqiong | 58 |
| Yuanyishangmao | 69 |
| Roseslady 7-12 days fast delivery | 71 |
| huangshishiqingtiaodianzishangwuyouxiangongsi | 74 |
| WUMAWEI | 75 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

| | |
|---|---|
| Dated this 21st day of January 2022. | Respectfully submitted, |
| | s/ Jake M. Christensen |
| | Amy C. Ziegler |
| | Justin R. Gaudio |
| | Jake M. Christensen |
| | Martin F. Trainor |
| | Greer, Burns & Crain, Ltd. |
| | 300 South Wacker Drive, Suite 2500 |
| | Chicago, Illinois 60606 |
| | 312.360.0080 / 312.360.9315 (facsimile) |
| | aziegler@gbc.law |
| | jgaudio@gbc.law |
| | jchristensen@gbc.law |
| | mtrainor@gbc.law |
| | |
| | *Counsel for Plaintiff Fox Head, Inc.* |